**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No. 04-11819-BKC-AJC
                                                                (and 04-11820)
PAN AMERICAN HOSPITAL CORPORATION,      Jointly Administered
                                                                Chapter 11

_____Debtor_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( )   The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

(X)   the disbursing agent in a chapter 11 liquidating plan has $ 12,222.71 and $1.66 in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum is being deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: September 3, 2010

                                STEARNS WEAVER MILLER WEISSLER
                                ALHADEFF & SITTERSON, P.A.
                                Attorney for Plan Administrator
                                150 West Flagler Street
                                Miami, Florida 33130
                                Telephone: (305) 789-3200
                                Facsimile: (305) 789-3395

                                BY_____
                                DREW M. DILLWORTH
                                ddillworth@stearnsweaver.com
                                Florida Bar No. 0167835

LF-26 (rev. 12/01/09)

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing Notice if is being filed electronically on September 3, 2010, and that true and correct copies of Notice will be served via the Court's *CM/ECF* system to all parties authorized to receive Notices of Electronic Filing, as detailed on the attached Service List.

      BY _____

           DREW M. DILLWORTH

**Mailing Information for Case 04-11819-AJC**
**Electronic Mail Notice List**

Grisel Alonso    grisel.alonso@usdoj.gov

Patricia M Arias    bkcsd@czslaw.com
Douglas A Bates    dbates@bergersingerman.com

Jeffrey S. Berlowitz    wcapote@phillipslawyers.com

William L Blagg    william.l.blagg@irscounsel.treas.gov

Rachel S Budke    rachel_budke@fpl.com

Michael S Budwick    mbudwick@melandrussin.com

Jacqueline Calderin    jc@ECCcounsel.com

Robert P. Charbonneau    rpc@ECCcounsel.com

Allison R Day    aday@gjb-law.com

Drew M Dillworth    ddillworth@stearnsweaver.com

John D Emmanuel    emmanuel@fowlerwhite.com

Michael A. Frank    pleadings@bkclawmiami.com

Michael I Goldberg    michael.goldberg@akerman.com

Scott M. Grossman    grossmansm@gtlaw.com

Ross R Hartog    rhartog@mdrtlaw.com

Soneet R. Kapila    msams@kapilaco.com

Dora F Kaufman    dfk@lgplaw.com

Joel S Knee    kneej@dor.state.fl.us

Jeffrey T. Kucera    jeffrey.kucera@klgates.com

Philip J Landau    jeanette.martinez@akerman.com

Elisa R Lemmer    elisa.lemmer@weil.com

Corali Lopez-Castro    clc@kttlaw.com

Robert C Meyer    meyerrobertc@cs.com

LF-26 (rev. 12/01/09)

Miami-Dade County Tax Collector    mdtcbkc@miamidade.gov

Steven Mishan    steven@mishanlaw.com

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Shelley Plass    shelley.plass@nlrb.gov

Craig A. Pugatch    capugatch.ecf@rprslaw.com

D Jean Ryan    ryandunncourtmail@ryan-dunn.com

Jodi E Samuels    jsamuels44@yahoo.com

Lisa M Schiller    lschiller.ecf@rprslaw.com

Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov

David R. Softness    christopher.hudson@bipc.com

Tina M. Talarchyk    ttalarchyk@mcdonaldhopkins.com

Frank P Terzo    frank.terzo@gray-robinson.com

Scott R. Weiss    scott.weiss@marshallwatson.com

Diane Noller Wells    dwells@devinegoodman.com

#457773v1

LF-26 (rev. 12/01/09)



## PAN AMERICAN HOSPITAL CORPORATION
## and
## PAN AMERICAN MEDICAL CENTERS, INC.
## UNITED STATES BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA
### CASE NUMBERS 04-11819-BKC-AJC AND 04-11820-BKC-AJC
### (Jointly Administered Under Case No. 04-11819-BKC-AJC)
### Unclaimed Distributions
### As Of June 10, 2010

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Unclaimed Distribution |
|---|---|---|---|---|---|---|---|---|
| PRIME MEDICAL | ATTN: ERNESTO ROQUE | 7548 NW 70TH ST | MIAMI | FL | 33166- | 19 | 12,053.71 | 3,831.58 |
| CANANWILL, INC. | 1234 MARKET STREET | SUITE 340 | PHILADELPHIA | PA | 19107- | 21 | 66,724.18 | 3,867.40 |
| SMITH & NEPHEW INC. ORTHO DIVISION | ATTN: JEAN W. MERCER ESQ | 1450 BROOKS ROAD | MEMPHIS | TN | 38116- | 25 | 26,834.35 | 308.19 |
| AAA MEDICAL INC | 8554 NW 66TH STREET | | MIAMI | FL | 33166- | 53 | 495.00 | 157.35 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | REGIONAL BANKRUPTCY CENTER29EF1 | 301 W. BAY ST | JACKSONVILLE | FL | 32202- | 77 | 14,392.10 | 165.29 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | REGIONAL BANKRUPTCY CENTER29EF1 | 301 W. BAY ST | JACKSONVILLE | FL | 32202- | 78 | 14,574.73 | 167.39 |
| RUSH MESSENGER SERVICE | 508 SOUTH MILITARY TRAIL | | DEERFIELD BEACH | FL | 33442- | 79 | 136.86 | 3.80 |
| AUDIOCOM | 8100 OAK LANE | PENTHOUSE 401 | MIAMI LAKES | FL | 33016- | 89 | 970.00 | 308.34 |
| DYNAMIC PHYSICAL | PO BOX 635724 | | MIAMI | FL | 33265- | 91 | 76.00 | 4.40 |
| RUDEN, MCCLOSKY, SMITH, SCHUSTER & RUSSEL, PA | C/O RICHARD H. MALCHON, ESQ. | 401 EAST JACKSON STREET | TAMPA | FL | 33602- | 110 | 2,534.70 | 29.11 |
| GILBERTS BAKERY | 1611 SW 37TH AVENUE | | MIAMI | FL | 33145- | 113 | 46.00 | 0.53 |
| BAYER HEALTHCARE LLC | ATTN: SHIRLEY BEACH F11.110.2 | 1884 MILS AVE | ELKHART | IN | 46514- | 149 | 1,779.50 | 102.87 |
| EXCEL HEALTHCARE | 15476 NW 77TH COURT | #442 | MIAMI LAKES | FL | 33016- | 150 | 5,421.04 | 62.26 |
| GULF ATLANTIC EQUIPMENT COMPANY | C/O JOSEPH & MAREES, PA | 6320 ST. AUGUSTINE RD., E | JACKSONVILLE | FL | 32217- | 161 | 1,518.00 | 17.44 |
| BIMECO | NW 5193 | P. O. BOX 1450 | MINNEAPOLIS | MN | 55485- | SCHEDULED LIABILITY | 100.00 | 1.15 |
| BON APPETIT DANISH | 2750 DOUGLAS ROAD | | MIAMI | FL | 33133- | SCHEDULED LIABILITY | 75.00 | 23.84 |
| CARLOS SANCHEZ, M.D. | PO BOX 133429 | | HIALEAH | FL | 33013- | SCHEDULED LIABILITY | 40.00 | 1.12 |
| CENTURY PLUMBING | 901 SW 69TH AVENUE | | MIAMI | FL | 33144- | SCHEDULED LIABILITY | 319.01 | 3.67 |
| CITICORP VENDOR FINA | P. O. BOX 7247-0322 | | PHILADELPHIA | PA | 19170 | SCHEDULED LIABILITY | 757.50 | 21.07 |
| CROWN SANITARY SUPPLY | 553 ANGLENS AVENUE | #10 | FORT LAUDERDALE | FL | 33334- | SCHEDULED LIABILITY | 1,402.58 | 16.11 |
| GRAYBAR ELECTRIC COMPANY | PO BOX 3210 | | TAMPA | FL | 33601- | SCHEDULED LIABILITY | 617.24 | 35.69 |
| GUINES AIR CONDITIONING | PO BOX 0563 | | MIAMI | FL | 33144- | SCHEDULED LIABILITY | 827.22 | 9.50 |
| INTEGRA NEUROSCIENCE | PO BOX 828415 | | PHILADELPHIA | PA | 19182- | SCHEDULED LIABILITY | 1,101.52 | 350.15 |
| JOSE D. LIM | 9371 SW 163 COURT | | MIAMI | FL | 33193- | SCHEDULED LIABILITY | 197.34 | 5.49 |
| KIMBALL ELECTRONICS | 8081 WEST 21ST LANE | | HIALEAH | FL | 33016- | SCHEDULED LIABILITY | 285.72 | 7.94 |
| KRAMES/STAYWELL | 7655 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693- | SCHEDULED LIABILITY | 159.00 | 50.54 |
| MEDPOINTS INC | PO BOX 10486 | | PALATINE | IL | 60656- | SCHEDULED LIABILITY | 629.12 | 199.98 |
| MED-REHAB | 8001 W. 26TH AVE. #9 | | HIALEAH | FL | 33016- | SCHEDULED LIABILITY | 209.85 | 12.14 |
| AMERICAN MEDICAL SYS. | DRAWER CS 199422 | | ATLANTA | GA | 30384- | SCHEDULED LIABILITY | 3,365.00 | 194.53 |
| NANCY N. HERKERT | PO BOX 2099 | | MEMPHIS | TN | 38101- | SCHEDULED LIABILITY | 1,186.23 | 32.99 |
| NETWORK SERVICES CO | DEPT. 77-6618 | | CHICAGO | IL | 60674- | SCHEDULED LIABILITY | 85.40 | 27.15 |
| OFFICE SOLUTIONS | 1941 W. 60TH STREET | | COOPER CITY | FL | 33024- | SCHEDULED LIABILITY | 115.00 | 36.56 |
| ANTONIO MARQUEZ | 701 NW 57TH AVENUE | #350 | MIAMI | FL | 33126-2067 | SCHEDULED LIABILITY | 1,663.67 | 19.11 |
| RAM LOCK & KEY INC | P.O. BOX 940008 | | MIAMI | FL | 33194-0008 | SCHEDULED LIABILITY | 80.40 | 4.65 |
| ROBIN WEINER, CHAPTER 13 TRUSTEE | PO BOX 2258 | | MEMPHIS | TN | 38101- | SCHEDULED LIABILITY | 192.50 | 5.35 |
| ARCH/PAGENET | 8551 W. SUNRISE BLVD. | #102 | DALLAS | TX | 75266- | SCHEDULED LIABILITY | 25.00 | 2.95 |
| SHRED-IT | 1885 W. SR 84 | #106 | FORT LAUDERDALE | FL | 33315- | SCHEDULED LIABILITY | 140.00 | 44.50 |
| SOURCEONE HEALTHCARE TECHNOLOGIES | PO BOX 403209 | | ATLANTA | GA | 30384- | SCHEDULED LIABILITY | 4,743.94 | 54.48 |
| SOUTH DADE COCA-COLA | PO BOX 102519 | | ATLANTA | GA | 30368- | SCHEDULED LIABILITY | 2,180.13 | 60.63 |
| SOUTH FLORIDA CARDIOLOGY | PO BOX 161087 | | MIAMI | FL | 33116-1087 | SCHEDULED LIABILITY | 30.00 | 0.84 |
| SRI SURGICAL EXPRESS | P.O.BOX 861412 | | ORLANDO | FL | 32866- | SCHEDULED LIABILITY | 11,627.18 | 133.54 |
| STATE DISBURSEMENT UNIT | PO BOX 8500 | | TALLAHASSEE | FL | 32314- | SCHEDULED LIABILITY | 1,003.63 | 11.53 |
| SULLIVAN RIVERO & CHASE | 201 S. BISCAYNE BLVD. | MIAMI CENTER, #1450 | MIAMI | FL | 33131- | SCHEDULED LIABILITY | 4,100.50 | 237.05 |
| TIME MANAGEMENT SYSTEMS | 1019 ARLINGTON AVE. N. | | SAINT PETERSBURG | FL | 33705- | SCHEDULED LIABILITY | 290.00 | 8.06 |
| U.S. DEPARTMENT OF EDUCATION | RECOVERY UNIT | PO BOX 4142 | GREENVILLE | TX | 75403-4142 | SCHEDULED LIABILITY | 227.86 | 6.34 |
| U.P.S. #60 | DEPARTMENT 202 | PO BOX 505820 | THE LAKES | NV | 89105- | SCHEDULED LIABILITY | 16.00 | 5.09 |
| AUTOTRANSF. PROFESS. | 14120 HARPERS FERRY STREET | | DAVIE | FL | 33325- | SCHEDULED LIABILITY | 455.00 | 144.63 |
| VITAL STATISTICS | PO BOX 210 | | JACKSONVILLE | FL | 32231- | SCHEDULED LIABILITY | 1,051.00 | 334.09 |
| ZAKHEIM & ASSOCIATES | 1045 S. UNIVERSITY DRIVE | SUITE 202 | PLANTATION | FL | 33324- | SCHEDULED LIABILITY | 3,310.33 | 1,052.27 |
| AVERY DENNISON | 7722 DUNGAN ROAD | | PHILADELPHIA | PA | 19111- | SCHEDULED LIABILITY | 900.00 | 52.03 |
| TOTAL | | | | | | | $ 191,066.03 | $ 12,222.71 |



# PAN AMERICAN HOSPITAL CORPORATION
## and
## PAN AMERICAN MEDICAL CENTERS, INC.
### UNITED STATES BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA
### CASE NUMBERS 04-11819-BKC-AJC AND 04-11820-BKC-AJC
### (Jointly Administered Under Case No. 04-11819-BKC-AJC)

### Unclaimed Distributions
### As Of June 10, 2010

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Unclaimed Distribution |
|---|---|---|---|---|---|---|---|---|
| MEDI-DOSE, INC. | PO BOX 285 | | BETHAYRES | PA | 19006- | 100 | $ 128.09 | $ 1.47 |
| G&K SERVICES | 3050 SW 42 ST | | FT LAUDERDALE | FL | 33312-0000 | SCHEDULED LIABILITY | 16.44 | 0.19 |
| TOTAL | | | | | | | $ 144.53 | $ 1.66 |

**PAN AMERICAN HOSPITAL CORPORATION**
**and**
**PAN AMERICAN MEDICAL CENTERS, INC.**
**UNITED STATES BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA**
CASE NUMBERS 04-11819-BKC-AJC AND 04-11820-BKC-AJC
(Jointly Administered Under Case No. 04-11819-BKC-AJC)

**Unclaimed Distributions**
**As Of June 10, 2010**

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Unclaimed Distribution |
|---|---|---|---|---|---|---|---|---|
| MEDI-DOSE, INC. | PO BOX 285 | | BETHAYRES | PA | 19006- | 100 | $ 128.09 | $ 1.47 |
| G&K SERVICES | 3050 SW 42 ST | | FT LAUDERDALE | FL | 33312-0000 | SCHEDULED LIABILITY | 16.44 | 0.19 |
| TOTAL | | | | | | | $ 144.53 | $ 1.66 |

# PAN AMERICAN HOSPITAL CORPORATION
## and
## PAN AMERICAN MEDICAL CENTERS, INC.
### UNITED STATES BANKRUPTCY COURT - SOUTHERN DISTRICT OF FLORIDA
### CASE NUMBERS 04-11819-BKC-AJC AND 04-11820-BKC-AJC
(Jointly Administered Under Case No. 04-11819-BKC-AJC)

### Unclaimed Distributions
### As Of June 10, 2010

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Unclaimed Distribution |
|---|---|---|---|---|---|---|---|---|
| PRIME MEDICAL | ATTN: ERNESTO ROQUE | 7548 NW 70TH ST | MIAMI | FL | 33166- | 19 | 12,053.71 | 3,831.58 |
| CANANWILL, INC. | 1234 MARKET STREET | SUITE 340 | PHILADELPHIA | PA | 19107- | 21 | 66,724.18 | 3,857.40 |
| SMITH & NEPHEW INC. ORTHO DIVISION | ATTN: JEAN W. MERCER ESQ | 1450 BROOKS ROAD | MEMPHIS | TN | 38116- | 25 | 26,834.35 | 308.19 |
| AAA MEDICAL INC | 8554 NW 66TH STREET | | MIAMI | FL | 33166- | 53 | 495.00 | 157.35 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | REGIONAL BANKRUPTCY CENTER29EF1 | 301 W. BAY ST | JACKSONVILLE | FL | 32202- | 77 | 14,392.10 | 165.29 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | REGIONAL BANKRUPTCY CENTER29EF1 | 301 W. BAY ST | JACKSONVILLE | FL | 32202- | 78 | 14,574.73 | 167.39 |
| RUSH MESSENGER SERVICE | 508 SOUTH MILITARY TRAIL | | DEERFIELD BEACH | FL | 33442- | 79 | 136.85 | 3.80 |
| AUDICOM | 8100 OAK LANE | PENTHOUSE 401 | MIAMI LAKES | FL | 33016- | 89 | 970.00 | 308.34 |
| DYNAMIC PHYSICAL | PO BOX 635724 | | MIAMI | FL | 33265- | 91 | 76.00 | 4.40 |
| RUDEN, MCCLOSKY, SMITH, SCHUSTER & RUSSEL, PA | C/O RICHARD H. MALCHON, ESQ. | 401 EAST JACKSON STREET | TAMPA | FL | 33602- | 110 | 2,534.70 | 29.11 |
| GILBERTS BAKERY | 1511 SW 37TH AVENUE | | MIAMI | FL | 33145- | 113 | 46.00 | 0.53 |
| BAYER HEALTHCARE LLC | ATTN: SHIRLEY BEACH F11,110 2 | 1884 MILS AVE | ELKHART | IN | 46514- | 149 | 1,779.50 | 102.87 |
| EXCEL HEALTHCARE | 15476 NW 77TH COURT | #442 | MIAMI LAKES | FL | 33016- | 150 | 5,421.04 | 62.26 |
| GULF ATLANTIC EQUIPMENT COMPANY | C/O JOSEPH & MAREES, PA | 6320 ST. AUGUSTINE RD, E | JACKSONVILLE | FL | 32217- | 161 | 1,518.00 | 17.44 |
| BIMECO | NW 5193 | P. O. BOX 1450 | MINNEAPOLIS | MN | 55485- | SCHEDULED LIABILITY | 100.00 | 1.15 |
| BON APPETIT DANISH | 2750 DOUGLAS ROAD | | MIAMI | FL | 33133- | SCHEDULED LIABILITY | 75.00 | 23.84 |
| CARLOS SANCHEZ, M.D. | PO BOX 133429 | | HIALEAH | FL | 33013- | SCHEDULED LIABILITY | 40.00 | 1.12 |
| CENTURY PLUMBING | 901 SW 69TH AVENUE | | MIAMI | FL | 33144- | SCHEDULED LIABILITY | 319.01 | 3.67 |
| CITICORP VENDOR FINA | P. O. BOX 7247-0322 | | PHILADELPHIA | PA | 19170 | SCHEDULED LIABILITY | 757.50 | 21.07 |
| CROWN SANITARY SUPPLY | 553 ANGLENS AVENUE | #10 | FORT LAUDERDALE | FL | 33334- | SCHEDULED LIABILITY | 1,402.58 | 16.11 |
| GRAYBAR ELECTRIC COMPANY | PO BOX 3210 | | TAMPA | FL | 33601- | SCHEDULED LIABILITY | 617.24 | 35.69 |
| GUINES AIR CONDITIONING | PO BOX 0563 | | MIAMI | FL | 33144- | SCHEDULED LIABILITY | 827.22 | 9.50 |
| INTEGRA NEUROSCIENCE | PO BOX 828415 | | PHILADELPHIA | PA | 19182- | SCHEDULED LIABILITY | 1,101.52 | 350.15 |
| JOSE D. LIM | 9371 SW 163 COURT | | MIAMI | FL | 33193- | SCHEDULED LIABILITY | 197.34 | 5.49 |
| KIMBALL ELECTRONICS | 8081 WEST 21ST LANE | | HIALEAH | FL | 33016- | SCHEDULED LIABILITY | 285.72 | 7.94 |
| KRAMES/STAYWELL | 7655 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693- | SCHEDULED LIABILITY | 159.00 | 50.54 |
| MEDPOINTS INC | PO BOX 10486 | | PALATINE | IL | 60656- | SCHEDULED LIABILITY | 629.12 | 199.98 |
| MED-REHAB | 8001 W. 26TH AVE. #9 | | HIALEAH | FL | 33016- | SCHEDULED LIABILITY | 209.85 | 12.14 |
| AMERICAN MEDICAL SYS. | DRAWER CS 198422 | | ATLANTA | GA | 30384- | SCHEDULED LIABILITY | 3,365.00 | 194.53 |
| NANCY N. HERKERT | PO BOX 2099 | | MEMPHIS | TN | 38101- | SCHEDULED LIABILITY | 1,186.23 | 32.99 |
| NETWORK SERVICES CO | DEPT. 77-6618 | | CHICAGO | IL | 60674- | SCHEDULED LIABILITY | 85.40 | 27.15 |
| OFFICE SOLUTIONS | 1941 W. 60TH STREET | | COOPER CITY | FL | 33024- | SCHEDULED LIABILITY | 115.00 | 36.56 |
| ANTONIO MARQUEZ | 701 NW 57TH AVENUE | #350 | MIAMI | FL | 33126-2087 | SCHEDULED LIABILITY | 1,663.67 | 19.11 |
| RAM LOCK & KEY INC | P.O. BOX 940008 | | MIAMI | FL | 33194-0008 | SCHEDULED LIABILITY | 80.40 | 4.65 |
| ROBIN WEINER, CHAPTER 13 TRUSTEE | PO BOX 2258 | | MEMPHIS | TN | 38101- | SCHEDULED LIABILITY | 192.50 | 5.35 |
| ARCH/PAGENET | 8551 W. SUNRISE BLVD | #102 | DALLAS | TX | 75266- | SCHEDULED LIABILITY | 25.00 | 2.95 |
| SHRED-IT | 1885 W. SR 84 | #106 | FORT LAUDERDALE | FL | 33315- | SCHEDULED LIABILITY | 140.00 | 44.50 |
| SOURCEONE HEALTHCARE TECHNOLOGIES | PO BOX 403209 | | ATLANTA | GA | 30384- | SCHEDULED LIABILITY | 4,743.94 | 54.48 |
| SOUTH DADE COCA-COLA | PO BOX 102519 | | ATLANTA | GA | 30368- | SCHEDULED LIABILITY | 2,180.13 | 60.63 |
| SOUTH FLORIDA CARDIOLOGY | PO BOX 161087 | | MIAMI | FL | 33116-1087 | SCHEDULED LIABILITY | 30.00 | 0.84 |
| SRI SURGICAL EXPRESS | P.O BOX 861412 | | ORLANDO | FL | 32886- | SCHEDULED LIABILITY | 11,627.18 | 133.54 |
| STATE DISBURSEMENT UNIT | PO BOX 8500 | | TALLAHASSEE | FL | 32314- | SCHEDULED LIABILITY | 1,003.63 | 11.53 |
| SULLIVAN RIVERO & CHASE | 201 S. BISCAYNE BLVD | MIAMI CENTER, #1450 | MIAMI | FL | 33131- | SCHEDULED LIABILITY | 4,100.50 | 237.05 |
| TIME MANAGEMENT SYSTEMS | 1019 ARLINGTON AVE. N | | SAINT PETERSBURG | FL | 33705- | SCHEDULED LIABILITY | 290.00 | 8.06 |
| U.S. DEPARTMENT OF EDUCATION | RECOVERY UNIT | PO BOX 4142 | GREENVILLE | TX | 75403-4142 | SCHEDULED LIABILITY | 227.86 | 6.34 |
| U.P.S. #60 | DEPARTMENT 202 | PO BOX 505820 | THE LAKES | NV | 89105- | SCHEDULED LIABILITY | 16.00 | 5.09 |
| AUTOTRANSF. PROFESS. | 14120 HARPERS FERRY STREET | | DAVIE | FL | 33325- | SCHEDULED LIABILITY | $ 455.00 | $ 144.63 |
| VITAL STATISTICS | PO BOX 210 | | JACKSONVILLE | FL | 32231- | SCHEDULED LIABILITY | 1,051.00 | 334.09 |
| ZAKHEIM & ASSOCIATES | 1045 S UNIVERSITY DRIVE | SUITE 202 | PLANTATION | FL | 33324- | SCHEDULED LIABILITY | 3,310.33 | 1,052.27 |
| AVERY DENNISON | 7722 DUNGAN ROAD | | PHILADELPHIA | PA | 19111- | SCHEDULED LIABILITY | 900.00 | 52.03 |
| TOTAL | | | | | | | $ 191,066.03 | $ 12,222.71 |